

FILED

07/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
MELISSA CALHOON JONES

ORDER

FILED

JUL 13 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Melissa Calhoon Jones has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Jones' application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Jones passed the MPRE in 1996 when seeking admission to the practice of law in California, where Jones was admitted. Jones has also been admitted to the practice of law in the District of Columbia and the State of Maryland. The petition states Jones has "practiced law as a labor and employment attorney for nearly 25 years, without any ethical or disciplinary issues in any of the jurisdictions where she is licensed." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Melissa Calhoon Jones to waive the three-year test requirement for the MPRE for purposes of Jones' current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 13th day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices